# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 257 MAL 2014 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 674 |
| | : | MDA 2013 entered on March 18, 2014, |
| | : | **affirming** the Judgment of Sentence of |
| MARIO DARRELL DAVIS, JR., | : | the Berks County Court of Common |
| | : | Pleas at No. CP-06-CR-0003850-2012 |
| Petitioner | : | entered on March 22, 2013 |

## ORDER

**PER CURIAM**                                    DECIDED:  September 6, 2016

**AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED**, the judgment of sentence is **VACATED**, and the matter is **REMANDED** for resentencing without application of 42 Pa.C.S. §9712.  *See Commonwealth v. Hopkins*, 117 A.3d 247 (Pa. 2015); *Commonwealth v. Wolfe*, 140 A.3d 651 (Pa. 2016).